DAVID E. MCALLISTER (CA SBN 185831)
CASPER J. RANKIN (CA SBN 249196)
PAUL OUDOM (CA SBN 237672)
TRAVIS J. LILLIE (CA SBN 267339)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: tlillie@piteduncan.com

Attorneys for BANK OF AMERICA, NATIONAL ASSOCIATIONS AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR13 TRUST1

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SHARON HART,<br><br>Debtor(s). | Case No. 10-52969<br><br>Chapter 13<br><br>STIPULATION RE: AVOIDANCE OF LIEN |

This Stipulation Re: Lien Avoidance is entered into by and between Sharon Hart, (hereinafter referred to as "Debtor"), by and through her attorney of record, Susan D. Silveira; and Bank of America, National Association as Successor by merger to LaSalle Bank NA as Trustee for WAMU Mortgage Pass-through Certificates Series 2006-AR13 Trust, (hereinafter referred to as "Creditor"), by and through its attorney of record Pite Duncan, LLP.

**RECITALS**

A.  Debtor is the maker of a Note in favor of Comunity Lending, Incorporated dated, August 1, 2006 in the original principal amount of $44,900.00 ("Note"), which is secured by a Second Deed of Trust encumbering the real property at 195 Cuesta De Los Gatos Way, Los Gatos, California 95032 (the "Subject Property"). The Subject Property is more fully described in the legal description attached hereto as **Exhibit A**, which is incorporated herein by this reference. The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan."

B.  Subsequently, all right, title and interest in the Subject Loan were sold, assigned and transferred to Creditor.

1       C.     Currently, GMAC Mortgage, LLC is the authorized loan servicing agent for the Creditor.

      D.     On or about March 25, 2010, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California - San Jose Division, which was assigned Case No. 10-52969.

      E.     On or about, March 25, 2010, Debtor filed a Chapter 13 Plan wherein the Debtor indicates she will move the court to avoid Creditor's lien on the Subject Property.

**THE PARTIES HEREBY STIPULATE AND AGREE TO JUDGMENT AS FOLLOWS:**

1.     Creditor's claim shall be allowed as a non-priority general unsecured claim.

2.     The avoidance of Creditor's Second Deed of Trust is contingent upon Debtor's completion of a Chapter 13 plan and Debtor's receipt of a Chapter 13 discharge.

3.     Upon receipt of Debtor's Chapter 13 discharge and completion of a Chapter 13 Plan, the Stipulation may be recorded by Debtor with the Santa Clara County Recorder's Office;

4.     Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of Debtor's Chapter 13 case or the conversion of Debtor's Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

5.     In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's Second Deed of Trust prior to Debtor's completion of a Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

/././
/././
/././
/././
/././
/././
/././

6. Each party shall bear their own attorneys' fees and costs incurred incident to the negotiation and preparation of the instant stipulation.

**IT IS SO STIPULATED:**

Dated: July 1, 2010

By: *[signature]*
SUSAN D. SILVEIRA
Attorney for Sharon Hart

PITE DUNCAN, LLP

Dated: 7/7/10

By: *[signature]*
TRAVIS J. LILLIE
Attorney for Creditor

*Exhibit A* (handwritten)

Order No: 66240396

## Legal Description

All that certain real property situated in the County of Santa Clara, State of California, described as follows:

(City of Los Gatos)

Lot 1, as shown on that certain Map of Tract No. 8820, which Map was filed for record in the Office of the recorder of the County of Santa Clara, State of California on July 1, 1996, in Book 678 of Maps, pages 27, 28 and 29.

Commonwealth Land Title Company

DAVID E. McALLISTER (CA SBN 185831)
CASPER J. RANKIN (CA SBN 249196)
TRAVIS J. LILLIE (CA SBN 267339)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385

E-Filed on July 7, 2010

Attorneys for BANK OF AMERICA, NATIONAL ASSOCIATIONS AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR13 TRUST1

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re

SHARON HART,

    Debtor(s).

Case No. 10-52969

Chapter 13]

PROOF OF SERVICE

I, Kimberly Corredor, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935. I am over the age of eighteen years and not a party to this cause.

On July 7, 2010, I served the **STIPULATION RE: AVOIDANCE OF LIEN** and **(PROPOSED) ORDER ON STIPULATION RE: AVOIDANCE OF LIEN** in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 7, 2010, at San Diego, California.

/s/ Kimberly Corredor
Kimberly Corredor

# SERVICE LIST

**DEBTOR(S)**

Sharon Hart
195 Cuesta De Los Gatos
Los Gatos, CA 95032


**DEBTOR(S) ATTORNEY**

Susan D. Silveira
Law Office of Susan Silveira
1177 Branham Lane # 420
San Jose, CA 95118

**TRUSTEE**

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013