DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

HART, SHARON

Debtor(s)

Chapter 13
Case No. 10-5-2969 SLJ

Fourth Amended
TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF
SERVICE

Pre-Hearing Conference Date: June 23, 2011
Pre-Hearing Conference Time: 9:30 am
Place: 280 S. 1st Street
   San Jose, CA Room 3099
Judge: Stephen L. Johnson

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee objects to feasibility of the proposed Amended Plan filed April 25, 2011 [Docket #68] pursuant to 11 U.S.C. 1325(a)(6) for the following reason: The proposed plan does not provide for arrears and/or on-going payments to junior lienholders on real property because a motion or adversary to eliminate the lien will be filed. This proposal does not demonstrate how the debtor(s) will be able to pay the amounts due to junior lienholders in the event the debtor is not successful in eliminating the lien.

Trustee's Obj to Confirmation 10-5-2969 SLJ

1

2. Pursuant to the "Guidelines Regarding Residential Loan Modifications in Chapter 13 Plans for the San Jose and San Francisco Divisions," the debtor is required to file and serve a declaration on the Chapter 13 Trustee providing certain information about loan modifications for the first mortgage loans secured by a debtor's residence. The deadline for filing the declaration is the §341 meeting. No declaration has been filed by this deadline and it appears from the plan that the debtor is proposing to modify a first mortgage loan on a residence. The Trustee requests that the debtor provide her with the declaration required by the guidelines.

3. The Trustee is unable to determine if the Amended Plan filed April 25, 2011 [Docket #68] is in compliance with 11 U.S.C. §1325(a)(5). The debtor has omitted all creditors which were previously listed in Section 3 relating to the real property located at 129 Redding #B, Campbell, California: Santa Clara County Tax Collector, Chase Home Finance (first and second mortgages) and Orchard View Homeowners Association.

4. The debtor has not complied with Fed. R. Bankr. P. 2002 and 11 U.S.C. §1325(a)(1), in that she has not filed a certificate of service indicating notice of the Amended Plan filed April 25, 2011 [Docket #68] on all creditors.

Dated: May 12, 2011 /S/ Devin Derham-Burk

Chapter 13 Trustee

**CERTIFICATE OF SERVICE BY MAIL**

I declare that I am over the age of 18 years, not a party to the within case; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Fourth Amended Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on May 13, 2011.

Said envelopes were addressed as follows:

| Sharon Hart | Silveira Law Offices |
|---|---|
| 195 Cuesta De Los Gatos | 1177 Branham Ln #420 |
| Los Gatos, CA 95032 | San Jose, CA 95118-3766 |

/S/ Karen B. Huston
Office of Devin Derham-Burk, Trustee